IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 2010-CV-00752-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT C. GRESKA,

        Defendant.

## CONSENT JUDGMENT

Pursuant to the Complaint filed by Plaintiff United States of America, acting for the United States Department of the Army, Corps of Engineers (collectively the "United States") against Defendant herein:

**IT IS HEREBY ORDERED** that,

1) as alleged in the Complaint and until the May 12, 2010 removal of the structure, Defendant's maintenance of prohibited structures over Tract 601-E constituted a continuing trespass upon the United States' flowage easement for which the United States has no adequate remedy except this action. Moreover, Defendant's continued placement of the habitable structure upon Tract 601-E violates the terms of the United States' flowage easement. *See* Ex. A. The Corps granted to Robert C. Greska on September 17, 2007 a Consent to Easement in the form included here as Exhibit A1, and incorporated in full.

2) Defendant's encroachments' violate Plaintiff's easement and are contrary to the

Stipulated Judgment and Court's Order for Delivery of Possession onto the United States. *See* Exs. B and C.

3) The United States is entitled to the following relief: (1) a permanent injunction enjoining Defendant from engaging in any further construction of, or repairs to, structures fit for human habitation located on the parcel of land he owns within Tract 601-E; (2) a permanent injunction issue enjoining Defendant from engaging in any further construction of uninhabitable structures located on Tract 601-E without the written consent of the Omaha District for the Corps within 20 days of an Order of this Court or that allows COE or its agents to remove, at Greska's sole expense, the subject structure(s); and (3) a permanent injunction that directs Defendant to remove any structure fit for human habitation on the land he owns over Tract 601-E within 20 days of an Order of this Court or that allows COE or its agents to remove, at Greska's sole expense, the subject structure(s).

**IT IS FURTHER ORDERED** that the Motions at **Docket Entries 18 and 20** are **GRANTED**. Each party will bear its own attorneys fees and costs. However, if further non-permitted items remain or are placed on the property, the United States reserves the right to contest the same in a separate action (as needed). The Clerk is directed to close this case.

**IT IS SO ORDERED.**

DATED this 15th day of November, 2010.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

JOHN WALSH
United States Attorney

By: *s/ Terry Fox*  *s/ Declan O'Donnell*
 Terry Fox, Esq. 1944 Tee Lane
 Assistant United States Attorney, Castle Rock, Colorado 80104-2732
 1225 Seventeenth Street, Suite 700, (303) 688-1193; (303) 663-8595
 Denver, Colorado 80202. djopc@qwestoffice.net
 (303) 454-0158; fax 303-454-0404 Attorney for Defendant Robert Greska
 terry.fox@usdoj.gov
 Attorney for United States of America

Declan O'Donnell
O'Donnell Law Offices